428 A.2d 272

Commonwealth v. Johnson, Appellant.

 Sub-
mitted March 20, 1980. Abraham Leizerowski, for appel-
lant; Eric B. Henson, Assistant District Attorney, for Com-
monwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.